UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____Second_____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Leonel F. Orozco    JOINT DEBTOR: _____    Case NO.: 13-26475-BKC-RBR
Last Four Digits of SS# __8275__    Last Four Digits of SS# _____

MONTHLY PLAN PAYMENT: Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __36__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.  $ __326.46__ for months __1__ to __35__ ;
B.  $ __2070.55__ for months __36__ to __36__ ;
C.  $ _____ for months _____ to _____ ; in order to pay the following creditors:

Administrative:    Attorney's Fees and Costs - $ 1050.00 + 525 Mot to Mod    TOTAL PAID $ 1050.00
Balance Due    $ 525.00    payable $ 525.00 /month (Months __36 to 36__)

Secured Creditors:    [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1. Ricardo Corona Esq.
   Address: 3899 NW 7th St #202B, Miami, FL 33126
       Payment $ __42.86__ /month (Months __1__ to __35__)

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____    Total Due    $ _____
                        Payable    $ _____ /month (Months ____ to ____) & $ _____ /month (Months ____ to ____).
                        Regular Payment $ _____

Unsecured Creditors:    Pay $ __270.31__ /month (Months __1__ to __35__) and pay $ 1357.32 /month (Months __36__ to __36__)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions:

Lexus financial Services PO Box 8026, Cedar Rapids, Iowa 52408 for acct no. XXXXX0824 and acct no. XXXXXX7869 to be treated outside of the plan.

Debtor surrenders any interest in 12813 SW 51 Street, Miramar, FL to Wells Fargo Bank Nv Na, Attn: Deposits Bankruptcy MAC#, P6103-05K Po Box 3908, Portland, OR 97208 and Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 and Bellagio at Village HOA, 14275 SE 142 Avenue, Miami, FL 33186.

The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.

    /s/ Mary Reyes, Esq.
For the Debtor
Date: __7/13/2016__

LF-31 (rev. 01/08/10)

*Reyes & Calas-Johnson, PA, attorneys for Debtor, 782 NW 42 Ave., #447, Miami, FL 33126 (305) 476-1900*